UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MUHAMMAD, | No. 2:13-cv-0426 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER GARCIA, et al., | |
| Defendants. | |

On April 29, 2013, Plaintiff filed a request for reconsideration of the Magistrate Judge's order filed April 1, 2013, denying Plaintiff's motion for the appointment of counsel. (ECF No. 16.) Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it the Magistrate Judge's ruling (ECF No. 12) was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that Plaintiff's Request for Reconsideration is DENIED and the order of the Magistrate Judge filed April 1, 2013, is AFFIRMED.

DATE: May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1