UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MUHAMMAD, | No.  2:13-cv-0426 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER GARCIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1915(a)(3), the court certifies that plaintiff's appeal in this matter is not taken in good faith.  Because of deficiencies in his original complaint, plaintiff was granted leave to file an amended complaint on March 8, 2013.  This action was dismissed without prejudice after plaintiff elected not to file an amended complaint.

Date: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

muha0426.app