UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER GARCIA, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0426 MCE CKD P<br><br><br>ORDER |

Pursuant to 28 U.S.C. § 1915(a)(3), the court certifies that plaintiff's appeal in this matter is not taken in good faith. Because of deficiencies in his original complaint, plaintiff was granted leave to file an amended complaint on March 8, 2013. This action was dismissed without prejudice after plaintiff elected not to file an amended complaint.

Date: July 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

muha0426.app

1